IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00595-RPM

THEA BRYAN,

   Plaintiff,

v.

ENGLEWOOD SCHOOLS, a Colorado School District,
LARRY NISBETT,
CHRIS LANEY-BARNES, and
HEATHER LEWIS,

   Defendants.

_____

ORDER OF DISMISSAL
_____

It appearing from the files and records in this civil action that there has been no response to the Order to Show Cause, issued November 10, 2005 (Doc. 3), it is therefore

ORDERED that this civil action is dismissed for failure to prosecute.

DATED: June 20th, 2006

        BY THE COURT:

        /s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge